# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2014

## NO. 03-13-00345-CR

**James Alba, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED; MODIFIED, AND AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error requiring reversal in the court's judgments of conviction for Counts Six, Seven, and Eight. Therefore, the Court affirms the trial court's judgments of conviction for Counts Six, Seven, and Eight. However, there was error that requires correction in the judgments of conviction for Counts One, Two, Three, Four, and Five. Therefore, the Court modifies the trial court's judgments of conviction for Counts One, Two, Three, Four, and Five as follows: to delete "CONSECUTIVELY" and instead reflect that the sentence shall run "CONCURRENTLY" and to delete the cumulation order. The judgments, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.